■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERROD VAUGHN, Appellant. [790 NYS2d 867]—

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered April 30, 2003, convicting defendant, after a jury trial, of attempted assault in the second degree and criminal possession of a weapon in the fourth degree, and sentencing him to an aggregate term of 2 to 4 years, unanimously affirmed.

The court properly exercised its discretion when, prior to defendant taking the stand, it modified its original *Sandoval* ruling in light of its further evaluation of the credibility issues to be raised by defendant's proposed testimony (*see People v Ramos*, 255 AD2d 203 [1998], *lv denied* 93 NY2d 856 [1999]). The modified ruling was appropriate (*see generally People v Hayes*, 97 NY2d 203 [2002]), and it did not undermine defendant's justification defense or deprive him of a fair trial. Concur—Tom, J.P., Marlow, Sullivan, Nardelli and Williams, JJ.